UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-1687

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.

| | |
|---|---|
| In Re:<br><br>Howard Stalker, III<br>aka Kenneth Stalker | Case No.:  18-12877-ABA<br><br>Hearing Date: 12/04/2018<br><br>Judge:  Honorable Andrew B. Altenburg, Jr.<br><br>Chapter:  13 |

## CERTIFICATION OF SERVICE

1.     I, Leslie M. DeJesus:

☐ represent the _____ in the above captioned matter.

☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned

matter.

☐ am the _____ in the above case and am representing myself.

2.     On November 28, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in

the chart below:  Form of Order submitted

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

Dated:  November 28, 2018

Leslie M. DeJesus

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Lee Martin Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ   08003 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Howard Stalker, III<br>aka Kenneth Stalker<br>14 Rushwick Road<br>Mount Laurel NJ  08054 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Diane R. Middleberg<br>14 Rushwick Road<br>Mount Laurel, NJ  08054 | **CO-DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.