UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-1687

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on December 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.: 18-12877-ABA

Hearing Date: 12/04/2018

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: December 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-12877-ABA    Doc 27    Filed 12/06/18    Entered 12/06/18 08:12:21    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Howard Stalker, III
aka Kenneth Stalker
Case No.: 18-12877-ABA
Caption of Order:      ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through October 31, 2018, in the sum of $9,927.72 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 4 | Payments @ | $1,972.79 | (6/1/2018 to 9/1/2018) | = | $7,891.16 |
| 1 | Payments @ | $2,036.56 | 10/1/2018 | = | $2,036.56 |
| | | | | | $0.00 |
| | Arrears to Cure: | | | = | $9,927.72 |

2. Mortgagee shall apply debtor funds in the sum of $4.28.

3. Debtor(s) shall make an immediate payment of $3,000.00.

4. Debtor(s) shall commence curing the balance of post-petition arrears by making payments of $1,153.90 in addition to debtor's regular monthly mortgage payment starting November 1, 2018 through March 1, 2019. Debtor(s) shall make one payment in the amount of $1,153.94 in addition to debtor's regular monthly mortgage payment on April 1, 2019.

5. Debtor(s) shall resume regular monthly mortgage payments starting on November 1, 2018.

6. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.