UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-1687

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



Order Filed on December 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.: 18-12877-ABA

Hearing Date: 12/04/2018

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: December 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-12877-ABA    Doc 28    Filed 12/08/18    Entered 12/09/18 00:37:25    Desc Imaged
                        Certificate of Notice    Page 2 of 3

Page 2
Debtor: Howard Stalker, III
aka Kenneth Stalker
Case No.: 18-12877-ABA
Caption of Order:         ORDER CURING ARREARS AND PROVIDING
                          FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through October 31, 2018, in the sum of $9,927.72 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 4 | Payments @ | $1,972.79 | (6/1/2018 to 9/1/2018) | = | $7,891.16 |
| 1 | Payments @ | $2,036.56 | 10/1/2018 | = | $2,036.56 |
| | | | | | $0.00 |
| | Arrears to Cure: | | | = | $9,927.72 |

2. Mortgagee shall apply debtor funds in the sum of $4.28.

3. Debtor(s) shall make an immediate payment of $3,000.00.

4. Debtor(s) shall commence curing the balance of post-petition arrears by making payments of $1,153.90 in addition to debtor's regular monthly mortgage payment starting November 1, 2018 through March 1, 2019. Debtor(s) shall make one payment in the amount of $1,153.94 in addition to debtor's regular monthly mortgage payment on April 1, 2019.

5. Debtor(s) shall resume regular monthly mortgage payments starting on November 1, 2018.

6. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-12877-ABA
Howard Stalker, III                                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 06, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db             +Howard Stalker, III,    14 Rushwick Road,    Mount Laurel, NJ 08054-3307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Lee Martin Perlman    on behalf of Debtor Howard  Stalker, III ecf@newjerseybankruptcy.com,
      lmpcourt@gmail.com
     Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
      rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
     William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                                           TOTAL: 7