UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-1687

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on June 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.: 18-12877-ABA

Hearing Date: 05/28/2019

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 5, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Howard Stalker, III
aka Kenneth Stalker
Case No.: 18-12877-ABA
Caption of Order:         ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

---

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., appearing and for cause shown, it is:

**ORDERED** as follows:

1. Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through May 1, 2019, in the sum of $9,571.42 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 3 | Payments @ | $2,036.56 | (3/1/19 to 5/1/19) | = | $6,109.68 |
| 2 | Payments @ | $1,153.90 | (2/1/19 to 3/1/19) | = | $2,307.80 |
| 1 | Payments @ | $1,153.94 | (4/1/19) | = | $1,153.94 |
| | | | | | $0.00 |
| | Arrears to Cure: | | | = | $9,571.42 |

3. Mortgagee shall apply debtor funds in the sum of $1,720.59.

4. Debtor(s) shall make an immediate payment of $2,036.56.

5. Debtor(s) shall commence curing the balance of post-petition arrears in the amount of $5,814.27 by making payments of $969.00 in addition to debtor's regular monthly mortgage payment starting June 1, 2019 to October 1, 2019. Debtor shall make one additional payment in the amount of $969.27 in addition to regular monthly mortgage payment on November 1, 2019.

6. Debtor(s) shall resume regular monthly mortgage payments starting on June 1, 2019.

7. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.