UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-1687

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on June 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.:  18-12877-ABA

Hearing Date: 05/28/2019

Judge:  Honorable Andrew B. Altenburg, Jr.

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 5, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-12877-ABA    Doc 38    Filed 06/07/19    Entered 06/08/19 00:39:57    Desc Imaged
                     Certificate of Notice    Page 2 of 3

Page 2
Debtor: Howard Stalker, III
aka Kenneth Stalker
Case No.: 18-12877-ABA
Caption of Order:       ORDER CURING ARREARS AND PROVIDING
                             FOR FURTHER DEFAULT

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., appearing and for cause shown, it is:

**ORDERED** as follows:

1. Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through May 1, 2019, in the sum of $9,571.42 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|-----|------|--------|-------------|---|-----------------|
| 3 | Payments @ | $2,036.56 | (3/1/19 to 5/1/19) | = | $6,109.68 |
| 2 | Payments @ | $1,153.90 | (2/1/19 to 3/1/19) | = | $2,307.80 |
| 1 | Payments @ | $1,153.94 | (4/1/19) | = | $1,153.94 |
| | | | | | $0.00 |
| | Arrears to Cure: | | | = | $9,571.42 |

3. Mortgagee shall apply debtor funds in the sum of $1,720.59.

4. Debtor(s) shall make an immediate payment of $2,036.56.

5. Debtor(s) shall commence curing the balance of post-petition arrears in the amount of $5,814.27 by making payments of $969.00 in addition to debtor's regular monthly mortgage payment starting June 1, 2019 to October 1, 2019. Debtor shall make one additional payment in the amount of $969.27 in addition to regular monthly mortgage payment on November 1, 2019.

6. Debtor(s) shall resume regular monthly mortgage payments starting on June 1, 2019.

7. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

8. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-12877-ABA
Howard Stalker, III                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 05, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2019.
db        +Howard Stalker, III,   14 Rushwick Road,   Mount Laurel, NJ 08054-3307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Lee Martin Perlman    on behalf of Debtor Howard  Stalker, III ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                                                             TOTAL: 7