B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Howard Stalker, III aka Kenneth Stalker  ,         Case No.  18-12877-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CitiMortgage, Inc., c/o Cenlar, FSB | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Cenlar FSB
425 Phillips Blvd.
Ewing NJ, 08618

Court Claim # (if known):  6-1
Amount of Claim:  $399,989.44
Date Claim Filed:  04/11/2018

Phone:  (609) 883-3900
Last Four Digits of Acct #:  8690

Phone:  (866) 613-5636
Last Four Digits of Acct. #:  3963

Name and Address where transferee payments should be sent (if different from above):
Cenlar, FSB
425 Phillips Blvd.
Ewing NJ, 08618
Phone:  (609) 883-3900
Last Four Digits of Acct #:  8690

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ William M.E. Powers, III                Date: 06/21/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. §§ 152 & 3571.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2017-1687 |
| POWERS KIRN, LLC<br>William M. E. Powers III<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for CitiMortgage, Inc. |

| In Re:<br><br>Howard Stalker, III<br>aka Kenneth Stalker | Case No.: 18-12877-ABA<br><br>Hearing Date:<br><br>Judge: Honorable Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Kateena A. Duffield:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 21, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: TRANSFER OF CLAIM 6-1.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 21, 2019

*/s/ Kateena A. Duffield*
Kateena A. Duffield

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Lee Martin Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Howard Stalker, III<br>aka Kenneth Stalker<br>14 Rushwick Road<br>Mount Laurel NJ  08054 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2