Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-12877 (ABA)**

Howard Stalker, Iii  
14 Rushwick Road  
Mount Laurel, NJ  08054

Monthly Payment: $719.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2019 | $719.00 | 02/15/2019 | $719.00 | 03/15/2019 | $719.00 | 07/01/2019 | $1,438.00 |
| 08/07/2019 | $1,438.00 | 10/09/2019 | $1,438.00 | 12/05/2019 | $1,438.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HOWARD STALKER, III | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,845.00 | $2,845.00 | $0.00 | $0.00 |
| 1 | AMERICAN HERITAGE FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND FUNDING, LLC | 33 | $1,277.14 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIMORTGAGE, INC. | 24 | $30,743.59 | $9,833.33 | $20,910.26 | $6,517.56 |
| 6 | BILL ME LATER, INC AS SERVICER FOR SYNCHRONY BANK | 33 | $1,391.16 | $0.00 | $0.00 | $0.00 |
| 7 | DIANE R. MIDDLEBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | E-ZPASS MA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $4,303.76 | $0.00 | $4,303.76 | $0.00 |
| 10 | NATIONWIDE CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,783.27 | $0.00 | $0.00 | $0.00 |
| 12 | POWERS KIRN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | Simm Associates, Inc. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $464.21 | $0.00 | $0.00 | $0.00 |
| 15 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $417.96 | $133.67 | $284.29 | $88.60 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | AMERICAN INFOSOURCE, LP | 33 | $771.37 | $0.00 | $0.00 | $0.00 |
| 18 | VIEWTECH FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HOWARD STALKER III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT OF THE TREASURY | 33 | $1,056.24 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 3.00 | $0.00 |
| 06/01/2018 | Paid to Date | $2,280.00 |
| 07/01/2018 | 56.00 | $719.00 |
| 03/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,909.00 |
| Total paid to creditors this period: | $6,606.16 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,438.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**