UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Howard Stalker

Case No.: 18-12877 ABA

Judge: ABA

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____

    _____, creditor,

    A hearing has been scheduled for _____, at _____.

    _____ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    __X__ Certification of Default filed by CitiMortgage, Inc.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

    _____ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

    _____ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

    __X__ Other (explain your answer): I was negatively impacted by Covid-19 and intend to cure the arrears over a period of time.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date: 4/20/21                                              /s/ Howard Stalker
                                                            Debtor's Signature


NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.