Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–12877–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Howard Stalker III
aka Kenneth Stalker
14 Rushwick Road
Mount Laurel, NJ 08054

Social Security No.:
xxx–xx–5665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          May 11, 2021
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*48* – Certification in Opposition to (related document:47 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 14 Rushwick Road, Mount Laurel, NJ 08054. Fee Amount $ 181. filed by Creditor CitiMortgage, Inc.) filed by William M.E. Powers on behalf of CitiMortgage, Inc.. Objection deadline is 04/20/2021. (Attachments: # 1 Exhibit A # 2 Certification of Creditor Re: PPPH # 3 Certification Re: Facsimilie Signature # 4 Proposed Order # 5 Certificate of Service) filed by Creditor CitiMortgage, Inc.) filed by Lee Martin Perlman on behalf of Howard Stalker III. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: April 21, 2021
JAN:

Jeanne Naughton
Clerk