UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-1687

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on May 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.:   18-12877-ABA

Hearing Date: May 18, 2021

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:   13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: May 25, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Howard Stalker, III
aka Kenneth Stalker

Case No.: 18-12877-ABA

Caption of Order:  ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

---

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., appearing and for cause shown, it is:

**ORDERED** as follows:

1.  Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2.  Debtor(s) shall commence curing post petition arrears through May 1, 2021, in the sum of $24,067.51 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 6 | Payments @ | $2,060.53 | (06/01/2020 - 11/01/2020) | = | $12,363.18 |
| 6 | Payments @ | $2,115.19 | (12/01/2020 - 05/01/2021) | = | $12,691.14 |
| | Accrued Late charges | | | = | $0.00 |
| | Property Inspections | | | = | $0.00 |
| | Funds in Suspense | | | | $-986.81 |
| | Arrears to Cure: | | | = | $24,067.51 |

3.  Post-petition funds in suspense totaling $986.81 shall be applied to reduce the arrears.

4.  Post petition arrears of $24,067.51 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

5.  Debtor(s) shall resume regular monthly mortgage payments starting on June 1, 2021.

6.  The mortgagee is awarded a counsel fee and costs of $200.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7.  The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.