UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-1687

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000



**Order Filed on May 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.: 18-12877-ABA

Hearing Date: May 18, 2021

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED:** May 25, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Howard Stalker, III
aka Kenneth Stalker
Case No.: 18-12877-ABA
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

---

Upon the debtor's objection to the ex-parte application for stay relief as to certain real property, as authorized by prior Order of this Court under Bankruptcy Code section 362(d), and Powers Kirn, LLC, Attorney for Cenlar FSB servicing agent for CitiMortgage, Inc., appearing and for cause shown, it is:

**ORDERED** as follows:

1. Stay relief is denied without prejudice and the debtor is hereby permitted to cure arrears as more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through May 1, 2021, in the sum of $24,067.51 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 6 | Payments @ | $2,060.53 | (06/01/2020 - 11/01/2020) | = | $12,363.18 |
| 6 | Payments @ | $2,115.19 | (12/01/2020 - 05/01/2021) | = | $12,691.14 |
| | Accrued Late charges | | | = | $0.00 |
| | Property Inspections | | | = | $0.00 |
| | Funds in Suspense | | | | $-986.81 |
| | Arrears to Cure: | | | = | $24,067.51 |

3. Post-petition funds in suspense totaling $986.81 shall be applied to reduce the arrears.

4. Post petition arrears of $24,067.51 shall be cured through the debtor(s)' plan and are hereby added to the claim filed by the mortgagee.

5. Debtor(s) shall resume regular monthly mortgage payments starting on June 1, 2021.

6. The mortgagee is awarded a counsel fee and costs of $200.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-12877-ABA

Howard Stalker, III                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                                Page 1 of 2
Date Rcvd: May 25, 2021              Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

**Recip ID          Recipient Name and Address**
db              +  Howard Stalker, III, 14 Rushwick Road, Mount Laurel, NJ 08054-3307

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021                          Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Lee Martin Perlman
    on behalf of Debtor Howard Stalker  III ecf@newjerseybankruptcy.com,
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1     User: admin     Page 2 of 2

Date Rcvd: May 25, 2021     Form ID: pdf903     Total Noticed: 1

William M. E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

TOTAL: 9