Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–12877–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Howard Stalker III
  aka Kenneth Stalker
  14 Rushwick Road
  Mount Laurel, NJ 08054

Social Security No.:
  xxx–xx–5665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          August 20, 2021
Time:          09:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*56* – Certification in Opposition to (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/13/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Lee Martin Perlman on behalf of Howard Stalker III. (Perlman, Lee)

and transact such other business as may properly come before the meeting.

Dated: July 8, 2021
JAN: lgr

                              Jeanne Naughton
                              Clerk