UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| IN RE: | CASE NO: 18-12877 ABA |
|---|---|
| HOWARD STALKER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 66 |
| | Judge: ABA |
| | Hearing Location: Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4B |
| | Hearing Date: 09/21/2021 |
| | Hearing Time: 10 am |

On 8/31/2021, I did cause a copy of the following documents, described below,

Notice of Motion ECF Docket Reference No. 66

Certificate in Support 66

Exhibit 66

Proposed Order 66

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/31/2021

/s/ /s/ Lee M. Perlman
/s/ Lee M. Perlman

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856 751 4224

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE:<br><br>HOWARD STALKER | CASE NO: 18-12877 ABA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 66<br>Judge: ABA<br>Hearing Location: Mitchell H. Cohen U.S. Courthouse 400 Cooper Street, 4th Floor Camden, N.J. 08101 Courtroom 4B<br>Hearing Date: 09/21/2021<br>Hearing Time: 10 am |

On 8/31/2021, a copy of the following documents, described below,

Notice of Motion ECF Docket Reference No. 66

Certificate in Support 66

Exhibit 66

Proposed Order 66

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/31/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lee M. Perlman
Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03121<br>CASE 18-12877-ABA<br>DISTRICT OF NEW JERSEY<br>CAMDEN<br>TUE AUG 31 11-25-05 EDT 2021 | ~~US BANKRUPTCY COURT~~<br>~~401 MARKET STREET~~<br>~~CAMDEN NJ 00102-1560~~ | CITIMORTGAGE INC<br>**P.O. BOX 6030**<br>**SIOUX FALLS, SD 57117-6030** |
| AMERICAN HERITAGE FCU<br>3110 GRANT AVE<br>PHILADELPHIA PA 19114-2542 | CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CITIMORTGAGE INC CO CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430 |
| CITIMORTGAGE INC CO CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618 | CITIMORTGAGE INC<br>ATTN BANKRUPTCY<br>PO BOX 6423<br>SIOUX FALLS SD 57117 | COMENITY CAPITAL BANK<br>PO BOX 5138<br>LUTHERVILLE TIMONIUM MD 21094-5138 |
| DIANE R MIDDLEBERG<br>1303A SEDGEFUEKD DRIVE<br>MOUNT LAUREL NJ 08054-1858 | E ZPASS MA<br>27 MIDSTATE DR<br>AUBURN MA 01501-1861 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| NATIONWIDE CREDIT<br>PO BOX 14581<br>DES MOINES IA 50306-3581 | POWERS KIRN LLC<br>728 MARNE HIGHWAY SUITE 200<br>MOORESTOWN NJ 08057-3128 | SIMM ASSOCIATES INC<br>800 PENCADER DRIVE<br>NEWARK DE 19702-3354 |
| SYNCHRONY BANK<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121 | SYNCHRONY BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0061 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| US TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK NJ 07102-5235 | VERIZON WIRELESS<br>455 DUKE DRIVE<br>FRANKLIN TN 37067-2701 | VIEWTECH FINANCIAL SER<br>4761 E HUNTER AVE<br>ANAHEIM CA 92807-1940 |
| ISABEL C BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL NJ 08002-2977 | LEE MARTIN PERLMAN<br>LEE M PERLMAN<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL NJ 08003-1100 | (P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| (P)CITIBANK<br>PO BOX 6043<br>SIOUX FALLS SD 57117-6043 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVE. STE 400<br>SEATTLE WA 98121-3132 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | DEBTOR<br>HOWARD STALKER III<br>14 RUSHWICK ROAD<br>MOUNT LAUREL NJ 08054-3307 | |

Case 18-12877-ABA    Doc 67    Filed 09/02/21    Entered 09/02/21 14:13:35    Desc Main
Document    Page 4 of 5
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ADDRESSES WHOSE ALL EMAIL ADDRESSES PRESENT WERE SERVED ON 09/02/21 SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

USTPRegion03.NE.ECF@usdoj.gov

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

rsolarz@kmllawgroup.com

(Creditor)
Toyota Motor Credit Corporation
represented by:
Denise E. Carlon
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com

(Debtor)
Howard Stalker, III
14 Rushwick Road
Mount Laurel, NJ 08054
represented by:
Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003

ecf@newjerseybankruptcy.com

William M.E. Powers, III
Powers Kirn, LLC
P.O. Box 848
Moorestown, NJ 08057

ecf@powerskirn.com

William M.E. Powers
Powers Kirn, LLC
P.O. Box 848
Moorestown, NJ 08057

ecf@powerskirn.com

William M.E. Powers
Powers Kirn, LLC
P.O. Box 848
Moorestown, NJ 08057

ecf@powerskirn.com

(Creditor)
CitiMortgage, Inc.
represented by:
William M. E. Powers, III
Powers Kirn, LLC
P.O. Box 848
Moorestown, NJ 08057

ecf@powerskirn.com

(Trustee)
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
represented by:
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

ecfmail@standingtrustee.com