| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:     18-12877 ABA<br><br>Chapter:             13 |
| In Re:<br><br>Howard Stalker | Judge:       ABA |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

Howard Stalker, debtor in the captioned Chapter 13 case, makes this certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1. The Chapter 13 Plan was originally confirmed by order entered on 6/4/2018.
2. I was current with plan payments through approximately January 2020.
3. I fell behind on post-petition mortgage payments on property located at 14 Rushwick Road Mt. Laurel, NJ, in June 2020 (*See #7, below.) (if applicable) – skip if not applicable; add additional paragraphs if there is more than one mortgage or more than one property].
    a. The mortgage payments referred to above are [check one]:
        ☒   contractual payments
        ☐   adequate protection payments
    b. I am current with post-petition real estate taxes on the property located at [address]
        _____ YES        _____ NO
    c. I have current liability insurance on the property and can provide proof thereof.
        _____ YES        _____ NO
4. If the confirmed plan includes a cram down on a mortgage, then answer the following:
    a. I am current with post-petition real estate taxes on the property located at [address of prop being crammed down]
        _____ YES        _____ NO
    b. I have current liability insurance on the property and can provide proof thereof.

    \_\_\_\_\_ YES     \_\_\_\_\_ NO

5. I was current with post-petition auto payments through (date) _____, on the following automobile(s): 2011 Toyota Camry. *See #7, below.

6. The change in my household income previously reported on Schedule I is $[amt of reduction in income]. *See #7, below.

    My current household income is $6,153.40. I have attached a current paystub or proof of the change in income to this certification.

7. As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

    > I fell behind on post-petition mortgage payments and car payments. I was in the process of curing those post-petition delinquencies through consent orders entered into with the creditors, when the COVID-19 pandemic began. In 2020 I contracted COVID, and on 3/24/2020 I was admitted to the hospital with COVID-19 and double pneumonia. I was on a ventilator for 22 days. I was in the hospital, and subsequent rehabilitation facility, until May, 2020. Although I was eventually able to go back to work, and am currently employed, I wasn't able to catch up on my trustee and other delinquencies; I will be able to catch up if I am permitted to extend the length of my Chapter 13 plan.

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

 2/17/2022                                                      /s/ Howard Stalker
Date                                                            Howard Stalker