# CASHIER'S CHECK

SERIAL #: 6761203571
ACCOUNT #: 4861-513554

0067612
Office AU # 11-24
1210(8)

Remitter: HOWARD STALKER
Purchaser: HOWARD STALKER
Purchaser Account: xxxxxx0779
Operator I.D.: a203401
Funding Source: Electronic Item(s), Paper Item(s)

PAY TO THE ORDER OF ***CENLAR***

**Six Thousand Two Hundred Seventy and 84/100 -US Dollars**

May 26, 2022

**$6,270.84**

NON-NEGOTIABLE
VOID IF OVER US $ 6,270.84

Payee Address:
WELLS FARGO BANK, N.A.
4523 CHURCH RD
MOUNT LAUREL, NJ 08054
FOR INQUIRIES CALL (480) 394-3122

Memo:

Purchaser Copy

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

FB004 (10/19)  M42203  10187143

