Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12877−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard Stalker III
   aka Kenneth Stalker
   14 Rushwick Road
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           June 21, 2022
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*82* − Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 14 Rushwick Road, Mount Laurel, NJ 08054. Fee Amount $ 181. filed by Creditor CitiMortgage, Inc.) filed by William M.E. Powers on behalf of CitiMortgage, Inc.. Objection deadline is 06/2/2022. (Attachments: # 1 Exhibit A # 2 Certification by Mortgagee # 3 Certification Re Facsimile Signature # 4 Proposed Order # 5 Certificate of Service) filed by Creditor CitiMortgage, Inc.) filed by Lee Martin Perlman on behalf of Howard Stalker III. (Perlman, Lee)

and transact such other business as may properly come before the meeting.


Dated: May 26, 2022
JAN: lgr

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-12877-ABA

Howard Stalker, III  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: May 26, 2022 | Form ID: 173 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Howard Stalker, III, 14 Rushwick Road, Mount Laurel, NJ 08054-3307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Martin Perlman
     on behalf of Debtor Howard Stalker III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Rebecca Ann Solarz
     on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 26, 2022 | Form ID: 173 | Total Noticed: 1

William M. E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com

TOTAL: 9