UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: Honorable Andrew B. Altenburg, Jr
_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☐ Withdrawn

Matter: _____

_____

Date: _____            _____
                                                    Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-1687

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for CitiMortgage, Inc.

In Re:

Howard Stalker, III
aka Kenneth Stalker

Case No.:   18-12877-ABA

Hearing Date: 06/21/2022

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:  13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

    ☒ represent the   Creditor   in the above captioned matter.

    ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 20, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Status Change Form- Withdraw of Certification of Default .

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ William M. E. Powers III
William M. E. Powers III

Dated:  June 20, 2022

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Civ.P. 5(b)(1)(E)<br>  (As authorized by the court or by rule.  Cite the rule if applicable) |
| Lee Martin Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ   08003 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Civ.P. 5(b)(1)(E)<br>  (As authorized by the court or by rule.  Cite the rule if applicable) |
| Howard Stalker, III<br>aka Kenneth Stalker<br>14 Rushwick Road<br>Mount Laurel NJ  08054 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other  _____<br>  (As authorized by the court or by rule.  Cite the rule if applicable) |