Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-12877 (ABA)

Howard Stalker, Iii  
14 Rushwick Road  
Mount Laurel, NJ  08054

Monthly Payment: $1,029.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,043.00 | 02/02/2022 | $1,043.00 | 03/01/2022 | $1,043.00 | 03/22/2022 | $1,043.00 |
| 04/22/2022 | $1,029.00 | 05/26/2022 | $1,029.00 | 06/30/2022 | $1,029.00 | 08/15/2022 | $1,029.00 |
| 09/23/2022 | $1,029.00 | 10/21/2022 | $1,029.00 | 11/18/2022 | $1,029.00 | 12/19/2022 | $1,029.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HOWARD STALKER, III | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $2,845.00 | $2,845.00 | $0.00 | $0.00 |
| 1 | AMERICAN HERITAGE FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND FUNDING, LLC | 33 | $1,277.14 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIMORTGAGE, INC. | 24 | $54,811.10 | $33,597.34 | $21,213.76 | $6,212.24 |
| 6 | BILL ME LATER, INC AS SERVICER FOR SYNCHRONY | 33 | $1,391.16 | $0.00 | $0.00 | $0.00 |
| 7 | DIANE R. MIDDLEBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | E-ZPASS MA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $4,303.76 | $0.00 | $4,303.76 | $0.00 |
| 10 | NATIONWIDE CREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,783.27 | $0.00 | $0.00 | $0.00 |
| 12 | POWERS KIRN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | Simm Associates, Inc. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $464.21 | $0.00 | $0.00 | $0.00 |
| 15 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $417.96 | $323.18 | $94.78 | $45.55 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | AMERICAN INFOSOURCE, LP | 33 | $771.37 | $0.00 | $0.00 | $0.00 |
| 18 | VIEWTECH FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | HOWARD STALKER III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 22 | DEPARTMENT OF THE TREASURY | 33 | $1,056.24 | $0.00 | $0.00 | $0.00 |
| 23 | CITIMORTGAGE, INC. | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 03/01/2018 | 48.00 | $0.00 |
| 03/01/2022 | Paid to Date | $33,640.00 |
| 04/01/2022 | 35.00 | $1,029.00 |
| 03/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,404.00 |
| Total paid to creditors this period: | $6,457.79 |
| Undistributed Funds on Hand: | $940.51 |
| Arrearages: | $1,029.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**