| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:        18-12877 ABA<br>Chapter:         13<br>Judge:            ABA |
| In Re:<br>      Howard Stalker | |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [ ] Motion for Relief from the Automatic Stay filed by _____,
   creditor,
   A hearing has been scheduled for _____, at _____.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [X] Certification of Default filed by _____ CitiMortgage, Inc. _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   [ ] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   [X] Other (explain your answer): I will be current by September 20, 2023.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.


Date:  08/31/2023                                   /s/ Howard Stalker
                                                                              Debtor's Signature