Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 18−12877−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Howard Stalker III
  aka Kenneth Stalker
  14 Rushwick Road
  Mount Laurel, NJ 08054

Social Security No.:
  xxx−xx−5665

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/26/23 at 10:00 AM

to consider and act upon the following:

**97** − Certification in Opposition to (related document:96 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 14 Rushwick Road, Mount Laurel, NJ 08054. Fee Amount $ 181. filed by Creditor CitiMortgage, Inc.) filed by William M.E. Powers on behalf of CitiMortgage, Inc.. Objection deadline is 09/7/2023. (Attachments: # 1 Exhibit A # 2 Certification by Mortgagee # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CitiMortgage, Inc.) filed by Lee Martin Perlman on behalf of Howard Stalker III. (Perlman, Lee)

Dated: 8/31/23

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court