UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
856-751-4224

In Re:

Howard Stalker

Case No.: 18-12877

Adv. No.:

Chapter: 13

Hearing Date: 09/26/2023

Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Cory F. Woerner,
   - ☒ am the attorney for: Howard Stalker
   - ☐ am self-represented

   Phone number: 856-751-4224

   Email address: ecf@newjerseybankruptcy.com

2. I request an adjournment of the following hearing:

   Matter: Certification of Default filed by CitiMortgage, Inc.

   Current hearing date and time: 09/26/2023 at 10:00 am

   New date requested: 10/10/2023

   Reason for adjournment request: to allow debtor to become current on his post-petition mortgage obligation

3.     I request an adjournment of confirmation:

       Current confirmation date and time: _____

       New date requested: _____

       Reason for adjournment request: _____

       _____

       Confirmation has been adjourned _____ previous times

       Trustee payments are current through _____

       The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

       ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

       _____

       _____

I certify under penalty of perjury that the foregoing is true.

Date: 9/19/2023                    /s/ Cory F. Woerner
                                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 10/10/23 @ 10 AM       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____       ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*