UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: Honorable Andrew B. Altenburg, Jr.
_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☐ Withdrawn

Matter: _____

_____

Date: _____           _____
                                                        Signature

*rev.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2017-1687<br><br>POWERS KIRN, LLC<br>ecf@powerskirn.com<br>William M. E. Powers III<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for CitiMortgage, Inc. | |
| In Re:<br><br>Howard Stalker, III<br>aka Kenneth Stalker | Case No.: 18-12877-ABA<br><br>Hearing Date: 10/31/2023<br><br>Judge: Honorable Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

    ☒ represent the <u>Creditor</u> in the above captioned matter.

    ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On October 20, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Status Change Form- Withdraw of Certification of Default Doc No.: 96.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                     /s/ William M. E. Powers III

Dated: October 20, 2023                        William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Civ.P. 5(b)(1)(E)<br>  (As authorized by the court or by rule.  Cite the rule if applicable) |
| Lee Martin Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ   08003 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Civ.P. 5(b)(1)(E)<br>  (As authorized by the court or by rule.  Cite the rule if applicable) |
| Howard Stalker, III<br>aka Kenneth Stalker<br>14 Rushwick Road<br>Mount Laurel NJ  08054 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other  _____<br>  (As authorized by the court or by rule.  Cite the rule if applicable) |

2