**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>HOWARD STALKER, III<br><br>Debtor(s) | Case No. 18-12877-ABA<br><br>Chapter 13 |

**FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**
**AND NOTICE OF OBJECTION PERIOD**

Isabel C. Balboa, former Chapter 13 Trustee for the period from the petition date through September 30, 2023, and Andrew B. Finberg, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $51,133.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$51,133.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,845.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $4,323.99 | |
| Other | $731.00 | |
| Secured Creditors | $41,372.57 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $0.00 | |
| **Total Disbursements & Expense of Administration:** | | **$49,272.56** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$1,860.44** |

Dated:  10/25/2023
_____

/s/ Isabel C. Balboa
_____
Chapter 13 Former Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

/s/ Andrew B. Finberg
_____
Chapter 13 Successor Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977