UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

In Re:

HOWARD STALKER, III

Debtor(s)

Case No.: 18-12877

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

    **WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

    **WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

    **NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows: Debtor(s)' case be and is hereby allowed to continue at $59,365.00 paid to date, then $1,233.00 per month for the remaining 8 months starting July 01, 2024 for a total plan length of eighty-four (84) months.

    If applicable, an amended Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order, debtor shall submit amended self-wage order plan payments via TFS Bill Pay.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on 04/25/2018, remain in effect.

| | |
|---|---|
| /s/ *Lee M. Perlman* | 06/14/2024 |
| Debtor(s)' Attorney | Date |
| /s/ *Andrew B. Finberg* | 06/13/2024 |
| Andrew B. Finberg<br>Chapter 13 Standing Trustee | Date |

\*\* Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee.