Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−12877−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard Stalker III
   aka Kenneth Stalker
   14 Rushwick Road
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5665

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 8/6/24 at 10:00 AM

to consider and act upon the following:

*108* − Certification in Opposition to (related document:107 Creditor's Certification of Default (related document:37 Order (Generic), 53 Order (Generic)) filed by William M.E. Powers on behalf of CitiMortgage, Inc.. Objection deadline is 07/12/2024. (Attachments: # 1 Exhibit A # 2 Certification by Mortgagee # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CitiMortgage, Inc.) filed by Lee Martin Perlman on behalf of Howard Stalker III. (Perlman, Lee)

Dated: 7/10/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court