Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12877−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard Stalker III
   aka Kenneth Stalker
   14 Rushwick Road
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5665

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/15/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 15, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-12877-ABA
Howard Stalker, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Nov 15, 2024      Form ID: 148      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Howard Stalker, III, 14 Rushwick Road, Mount Laurel, NJ 08054-3307 |
| 517332344 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 517332350 | + | Diane R. Middleberg, 1303A Sedgefuekd Drive, Mount Laurel, NJ 08054-1858 |
| 517332351 | + | E-ZPASS MA, 27 Midstate Dr, Auburn, MA 01501-1861 |
| 517332356 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517332361 | + | Viewtech Financial Ser, 4761 E Hunter Ave, Anaheim, CA 92807-1940 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2024 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2024 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517332347 | | EDI: CITICORP | Nov 16 2024 01:38:00 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 517332345 | + | EDI: CAPITALONE.COM | Nov 16 2024 01:38:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517449000 | | EDI: CITICORP | Nov 16 2024 01:38:00 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 518313529 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 15 2024 21:06:00 | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ, 08618, CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518313528 | + | Email/Text: BKelectronicnotices@cenlar.com | Nov 15 2024 21:06:00 | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 517332348 | | EDI: CITICORP | Nov 16 2024 01:38:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 517332349 | + | EDI: WFNNB.COM | Nov 16 2024 01:38:00 | Comenity Capital Bank, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517473521 | + | EDI: WFNNB.COM | Nov 16 2024 01:38:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517332352 | + | EDI: IRS.COM | Nov 16 2024 01:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 148 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 517332346 | | EDI: JPMORGANCHASE<br>Nov 16 2024 01:38:00 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517426985 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Nov 15 2024 21:07:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517332354 | | EDI: PRA.COM<br>Nov 16 2024 01:38:00 | | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517354971 | | EDI: PRA.COM<br>Nov 16 2024 01:38:00 | | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517354975 | | EDI: PRA.COM<br>Nov 16 2024 01:38:00 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517332357 | + | Email/PDF: clerical@simmassociates.com<br>Nov 15 2024 21:13:25 | | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 518144249 | + | Email/Text: bncmail@w-legal.com<br>Nov 15 2024 21:07:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518144250 | + | Email/Text: bncmail@w-legal.com<br>Nov 15 2024 21:07:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517332358 | + | EDI: SYNC<br>Nov 16 2024 01:38:00 | | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517401563 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com<br>Nov 15 2024 21:05:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517332359 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com<br>Nov 15 2024 21:06:00 | | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 517453954 | + | EDI: AIS.COM<br>Nov 16 2024 01:38:00 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517332360 | + | EDI: VERIZONCOMB.COM<br>Nov 16 2024 01:38:00 | | Verizon Wireless, 455 Duke Drive, Franklin, TN 37067-2701 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517332355 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517332353 | ##+ | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 148 | Total Noticed: 30 |

Date: Nov 17, 2024                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Howard Stalker III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage Inc. ecf@powerskirn.com |

TOTAL: 9