| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:         18-12877 ABA<br>Chapter:          13<br>Hearing Date:  12/17/2024<br>Judge:             Altenburg |
| In Re:<br>   Howard Stalker | |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

[X] Settled          [ ] Withdrawn

Matter:    Motion to Vacate Dismissal of Case

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor(s)

Date:  12/17/2024                    By:   /s/  Lee M. Perlman
                                                          Lee M. Perlman, Esquire