UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Howard Stalker

Case No.: 18-12877 ABA

Chapter: 13

Hearing Date: 12/17/2024

Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __12/18/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Order Granting Motion to Vacate Dismissal.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.


Dated:  12/18/2024                                              /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>CITIMORTGAGE INC<br>PO BOX 6030<br>SIOUX FALLS SD 57117-6030<br><br>AMERICAN HERITAGE FCU<br>3110 GRANT AVE<br>PHILADELPHIA PA 19114-2542<br><br>CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285<br><br>(P)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774<br><br>CITIMORTGAGE INC CO CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618-1430<br><br>CITIMORTGAGE INC CO CENLAR FSB<br>425 PHILLIPS BLVD<br>EWING NJ 08618<br><br>(P)CITIBANK<br>PO BOX 6043<br>SIOUX FALLS SD 57117-6043 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>     (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| CITIMORTGAGE INC<br>ATTN BANKRUPTCY<br>PO BOX 6423<br>SIOUX FALLS SD 57117<br><br>COMENITY CAPITAL BANK<br>PO BOX 5138<br>LUTHERVILLE TIMONIUM MD 21094-5138<br><br>COMENITY CAPITAL BANKPAYPAL CREDIT<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE WA 98121-3132<br><br>DIANE R MIDDLEBERG<br>1303A SEDGEFUEKD DRIVE<br>MOUNT LAUREL NJ 08054-1858<br><br>EZPASS MA<br>27 MIDSTATE DR<br>AUBURN MA 01501-1861<br><br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346<br><br>MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011<br><br>NATIONWIDE CREDIT<br>PO BOX 14581<br>DES MOINES IA 50306-3581<br><br>(P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>POWERS KIRN LLC<br>728 MARNE HIGHWAY SUITE 200<br>MOORESTOWN NJ 08057-3128<br><br>SIMM ASSOCIATES INC<br>800 PENCADER DRIVE<br>NEWARK DE 19702-3354<br><br>SYNCHRONY BANK<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121<br><br>SYNCHRONY BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0061<br><br>TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013<br><br>TOYOTA MOTOR CREDIT CORP<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026<br><br>VERIZON<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901<br><br>VERIZON WIRELESS<br>455 DUKE DRIVE<br>FRANKLIN TN 37067-2701<br><br>VIEWTECH FINANCIAL SER<br>4761 E HUNTER AVE<br>ANAHEIM CA 92807-1940 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.