Form ntcrics − ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12877−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard Stalker III
   aka Kenneth Stalker
   14 Rushwick Road
   Mount Laurel, NJ 08054

Social Security No.:
   xxx−xx−5665

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

   Notice is hereby given that an order vacating dismissal of this case was entered on 12/17/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: December 17, 2024
JAN: as

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Howard Stalker, III  
    Debtor

Case No. 18-12877-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 17, 2024      Form ID: ntcrics      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Howard Stalker, III, 14 Rushwick Road, Mount Laurel, NJ 08054-3307 |
| 517332344 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 517332350 | + | Diane R. Middleberg, 1303A Sedgefuekd Drive, Mount Laurel, NJ 08054-1858 |
| 517332351 | + | E-ZPASS MA, 27 Midstate Dr, Auburn, MA 01501-1861 |
| 517332356 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517332361 | + | Viewtech Financial Ser, 4761 E Hunter Ave, Anaheim, CA 92807-1940 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517332347 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2024 20:49:49 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 517332345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 20:49:03 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517449000 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2024 21:00:13 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 518313529 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 17 2024 20:45:00 | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ, 08618, CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518313528 | + | Email/Text: BKelectronicnotices@cenlar.com | Dec 17 2024 20:45:00 | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 517332348 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2024 20:49:26 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |
| 517332349 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2024 20:45:00 | Comenity Capital Bank, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517473521 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2024 20:45:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517332352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2024 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2024 | Form ID: ntcrics | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517332346 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Dec 17 2024 21:14:53 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517426985 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Dec 17 2024 20:46:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517332354 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 17 2024 20:49:26 | | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517354971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 17 2024 20:49:07 | | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517354975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Dec 17 2024 20:49:31 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517332357 | + | Email/PDF: clerical@simmassociates.com<br>Dec 17 2024 20:49:29 | | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 518144249 | + | Email/Text: bncmail@w-legal.com<br>Dec 17 2024 20:46:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518144250 | + | Email/Text: bncmail@w-legal.com<br>Dec 17 2024 20:46:00 | | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517332358 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Dec 17 2024 21:00:55 | | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517401563 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com<br>Dec 17 2024 20:44:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517332359 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com<br>Dec 17 2024 20:45:00 | | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 517453954 | + | Email/PDF: ebn_ais@aisinfo.com<br>Dec 17 2024 20:49:45 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517332360 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Dec 17 2024 20:43:00 | | Verizon Wireless, 455 Duke Drive, Franklin, TN 37067-2701 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517332355 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517332353 | ##+ | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 17, 2024 | Form ID: ntcrics | Total Noticed: 30

Date: Dec 19, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Howard Stalker  III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |

TOTAL: 10