| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Howard Stalker III<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5665<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18-12877-ABA | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Howard Stalker III
    aka Kenneth Stalker

<u>3/6/25</u>                                                                  **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-12877-ABA
Howard Stalker, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Mar 06, 2025     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Howard Stalker, III, 14 Rushwick Road, Mount Laurel, NJ 08054-3307 |
| 517332344 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 517332350 | + | Diane R. Middleberg, 1303A Sedgefuekd Drive, Mount Laurel, NJ 08054-1858 |
| 517332351 | + | E-ZPASS MA, 27 Midstate Dr, Auburn, MA 01501-1861 |
| 517332356 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517332361 | + | Viewtech Financial Ser, 4761 E Hunter Ave, Anaheim, CA 92807-1940 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517332347 | | EDI: CITICORP | Mar 07 2025 01:40:00 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 517332345 | + | EDI: CAPITALONE.COM | Mar 07 2025 01:40:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517332345 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 22:00:40 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517332346 | + | EDI: JPMORGANCHASE | Mar 07 2025 01:40:00 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 517332346 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 21:11:12 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 517449000 | | EDI: CITICORP | Mar 07 2025 01:40:00 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 518313529 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 06 2025 20:55:00 | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ, 08618, CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 518313528 | + | Email/Text: BKelectronicnotices@cenlar.com | Mar 06 2025 20:55:00 | CitiMortgage, Inc., c/o Cenlar FSB, 425 Phillips Blvd., Ewing NJ 08618-1430 |
| 517332348 | | EDI: CITICORP | Mar 07 2025 01:40:00 | Citimortgage Inc, Attn: Bankruptcy, Po Box 6423, Sioux Falls, SD 57117 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 517332349 | + | EDI: WFNNB.COM | Mar 07 2025 01:40:00 | Comenity Capital Bank, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517473521 | + | EDI: WFNNB.COM | Mar 07 2025 01:40:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517332352 | + | EDI: IRS.COM | Mar 07 2025 01:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517426985 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 20:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517332354 | | EDI: PRA.COM | Mar 07 2025 01:40:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517354971 | | EDI: PRA.COM | Mar 07 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517354975 | | EDI: PRA.COM | Mar 07 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517332357 | + | Email/PDF: clerical@simmassociates.com | Mar 06 2025 21:48:08 | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 518144249 | + | Email/Text: bncmail@w-legal.com | Mar 06 2025 20:56:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518144250 | + | Email/Text: bncmail@w-legal.com | Mar 06 2025 20:56:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 517332358 | + | EDI: SYNC | Mar 07 2025 01:40:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517332358 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2025 22:19:36 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517401563 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 06 2025 20:55:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517332359 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 06 2025 20:56:00 | Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 517453954 | + | EDI: AIS.COM | Mar 07 2025 01:40:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517453954 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 21:12:03 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517332360 | + | EDI: VERIZONCOMB.COM | Mar 07 2025 01:40:00 | Verizon Wireless, 455 Duke Drive, Franklin, TN 37067-2701 |
| 517332360 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 06 2025 20:55:00 | Verizon Wireless, 455 Duke Drive, Franklin, TN 37067-2701 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517332355 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517332353 | ##+ | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 30 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Howard Stalker  III ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com |
| William M. E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor CitiMortgage  Inc. ecf@powerskirn.com |

TOTAL: 10